UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARGARIT HOVHANNISYAN; and LYOVA SARGSYAN,

    Plaintiffs,

  v.

FIRST AMERICAN TITLE; JP MORGAN CHASE; SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSN; and DOES 1 to 50, inclusive,

    Defendants.

CIV. NO. 2:16-01050 WBS EFB

ORDER OF RECUSAL

----oo0oo----

    Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in International Business Machines Corp. ("IBM") and defendant Seterus, Inc., is a wholly owned subsidiary of IBM.

    IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1

making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:   June 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE